UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARINE ROBINSON,

    Plaintiff,

v.                                                      Case No: 8:22-cv-319-CEH-CPT

WASTE PRO OF FLORIDA, INC.,

    Defendant.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on November 9, 2022 (Doc. 22). In the Report and Recommendation, Magistrate Judge Tuite recommends that the Court grant the parties' Joint Brief In Support of Approval of Offer of Judgment (Doc. 21). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

      **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 22) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Brief In Support of Approval of Offer of Judgment (Doc. 21), construed as a motion to approve the parties' settlement agreement, is **GRANTED.** The Settlement Agreement (Doc. 21 - Ex. 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3) This action is **DISMISSED**, with prejudice.

(4) The Court reserves jurisdiction on the question of attorney's fees and costs pending a further motion. *See* M.D.Fla.R.7.01(a).

(5) The Clerk is directed to close this file.

**DONE AND ORDERED** in Tampa, Florida on December 6, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record